**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN THE INTEREST OF: M.Y.C., A MINOR   :   No. 62 WM 2019
                                           :
                                           :
PETITION OF: Y.L.C., MOTHER         :

## ORDER

**PER CURIAM**

      **AND NOW**, this 3rd day of September, 2019, the Application for Leave to File Original Process is GRANTED, and the Emergency Application for Writ of Habeas Corpus is DENIED.